Certificate Number: 14912-ILN-DE-033183158

Bankruptcy Case Number: 19-20189



14912-ILN-DE-033183158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2019, at 8:21 o'clock PM EDT, Mercy Brown completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: July 30, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor