UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

| | |
|---|---|
| IN RE: | CASE NO: 1920189 |
| MERCY Z BROWN | CHAPTER 13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 11 filed on 09/12/2019, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Kevin T. Cunningham
Kevin T. Cunningham
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-877-455-9946

BKNOCS (08/2018)